UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WEBASTO THERMO &
COMFORT NORTH AMERICA, INC.

      Plaintiff,

v.

CHRIS CRAFT CORPORATION,
a Florida Corporation,
INDEPENDENT BOAT BUILDERS
INCORPORATED, an Illinois Corporation,
STEVE HEESE, Individually

      Defendant.

_____/

Case No. 2:20-cv-12936
Hon. Paul D. Borman

## **STIPULATED ORDER TO DISMISS CASE WITH PREJUDICE**

This matter having come before the Court upon the stipulation of the parties through their respective counsel to dismiss this case with prejudice and without costs to any party.

**IT IS HEREBY ORDERED** that this case shall be and hereby is dismissed WITH PREJUDICE and WITHOUT COSTS to any party.

**IT IS SO ORDERED.**

Dated:  February 17, 2021

                                                              s/Paul D. Borman
                                                              Paul D. Borman
                                                               United States District Judge

{9280958: }

Stipulated to:

| **HAMMOUD DAKHLALLAH & ASSOCIATES, PLLC** | **MCDONALD HOPKINS PLC** |
|---|---|
| By:/s/ Kassem Dakhlallah<br>    Kassem M. Dakhlallah (P70842)<br>6050 Greenfield Rd., Ste. 201<br>Dearborn, MI  48126<br>Phone:  (313) 551-3038<br>Email:  kd@hdalawgroup.com<br><br>***Attorneys for Plaintiff*** | By:/s/ John Benko (w/ consent)<br>    Stephen M. Gross (P35410)<br>    John E. Benko (P58874)<br>39533 Woodward Avenue<br>Suite 318<br>Bloomfield Hills, MI 48304<br>Phone: (248) 646-5070<br>Email: sgross@mcdonaldhopkins.com<br>       jbenko@mcdonaldhopkins.com<br><br>***Attorneys for Defendants*** |